835 A.2d 678

IN THE MATTER OF LUCIO A. PETROCELLI, AN ATTORNEY
AT LAW (ATTORNEY NO. 031361986).

November 24, 2003.

## ORDER

This matter having been duly presented to the Court on the petition of the Office of Attorney Ethics pursuant to *Rule* 1:20–3(g)(4), seeking the immediate temporary suspension of **LUCIO A. PETROCELLI** of **FORT LEE**, who was admitted to the bar of this State in 1987, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(4), and good cause appearing;

It is ORDERED that **LUCIO A. PETROCELLI** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **LUCIO A. PETRO-CELLI** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **LUCIO A. PETROCELLI** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.